# IN THE NORTHERN DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 13 CV 814 |
| v. | ) ) ) | Judge |
| K.C.W. ENVIRONMENTAL CONDITIONING, INC., | ) ) ) ) | Magistrate Judge |
| Defendant. | ) | |

**COMPLAINT FOR KNOWN DELINQUENT ERISA CONTRIBUTIONS & LIQUIDATED DAMAGES**

NOW COME the Plaintiffs, the BOARDS OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUNDS, by and through their attorneys, ANDREW S. PIGOTT, DONALD D. SCHWARTZ, and ARNOLD & KADJAN, and in their Complaint against Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., state as follows:

**Parties**

1. Plaintiffs are the BOARDS OF TRUSTESS OF THE NORTHERN ILLINOIS BENEFIT FUNDS ("Funds"), and have standing to sue pursuant to 29 U.S.C. § 1132(d)(1).

2. Collective bargaining agreements previously entered between the PLUMBERS & PIPEFITTERS LOCAL 501, U.A. (the Union) and various employer associations with authority to negotiate a Collective Bargaining Agreement with the Union on behalf of management, as

well as Declarations of Trust, established the Funds.

3. Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC. ("KCW"), is an employer engaged in an industry affecting commerce, namely, commercial plumbing, and, during all times pertinent, kept a place of business within this judicial district in Carol Stream, Illinois.

## Jurisdiction

4. This Court has jurisdiction of this case under Section 502 of the Employee Retirement Security Act of 1974 (ERISA), 29 U.S.C. §§ 1131, 1132, 1145, as amended, and under Section 301 of the National Labor Relations Act, 29 U.S.C. § 185 (a), as amended.

## Venue

5. Venue is proper in the Northern District of Illinois under 29 U.S.C. §1132(e)(2), since the Plaintiff Funds are administered in this judicial district at the address of 1295 Butterfield Rd., Aurora, IL 60502.

## Operative Facts

6. Since on or before January 18, 2009, KCW entered into a Collective Bargaining Agreement with the Union.

7. By virtue of certain provisions contained in the Collective Bargaining Agreement, KCW is bound by the Trust Agreements establishing the Funds.

8. Under the terms of the Collective Bargaining Agreement and Trust Agreements to which it is bound, KCW is required to make contributions to the Funds on behalf of their employees.

9. KCW paid its August, November and December 2012 contributions late.

10. KCW's collective bargaining agreement, and the trust agreements to which it is

bound, permit the imposition of liquidated damages in the event of late payment.

11. The liquidated damages due to Plaintiffs for the above-referenced months total $3,882.96.

12. KCW has tendered contribution reports, but failed to contribute for the months of August, November, and December 2012.

13. The amounts due for the August, November, and December 2012 reports total $35,156.42.

## Prayer for Relief

WHEREFORE, Plaintiffs pray for relief as follows:

A. Judgment be entered against KCW and in favor of Plaintiffs in the amount of $39,039.38;

B. Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, as provided in the applicable agreements and ERISA Section 502(g)(2);

C. This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

                Respectfully submitted,
                TRUSTEES OF THE NORTHERN ILLINOIS
                BENEFIT FUNDS

                By : /s Andrew S. Pigott
                     One of their attorneys

Donald D. Schwartz
Andrew S. Pigott
ARNOLD & KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, IL 60601
(312) 236-0415