UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS PENSION FUND; PIPE FITTERS' WELFARE FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS BENEFIT FUND; PIPE FITTERS' TRAINING FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS EDUCATION FUND; PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN, as successor in interest to the NORTHERN ILLINOIS RETIREMENT FUND;<br><br>Plaintiffs,<br><br>vs.<br><br>K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois Corporation; and LOUIS J. KOHLEY, an Individual,<br><br>Defendants. | CASE NO. 13-CV-814<br><br>JUDGE: PACOLD |

**MOTION FOR ALTERNATIVE SERVICE
AS TO DEFENDANT LOUIS J. KOHLEY**

Now come Plaintiffs, PIPE FITTERS' RETIREMENT FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS PENSION FUND, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and move this Honorable Court for an order authorizing alternative service of process upon Defendant LOUIS J. KOHLEY ("KOHLEY") pursuant to Rule 4 of the Federal Rules of Civil Procedure and 735 ILCS 5/2-203.1, and in support state as follows:

1. On August 26, 2016, this Court entered a Rule 58 Final Judgment Order against Defendants KOHLEY and K.C.W. ENVIRONMENTAL CONDITIONING, INC., jointly and severally, in the aggregate amount of $27,743.18. (Docket No. 56).

2. According to the Illinois Secretary of State's records, Defendant KOHLEY is the President

of Defendant K.C.W. ENVIRONMENTAL CONDITIONING, INC.

3. The Illinois Secretary of State's records indicate Defendant KOHLEY's address is 3N776 Fair Oaks Road, West Chicago, Illinois 60185. (A copy of the Illinois Secretary of State's records for Defendant K.C.W. ENVIRONMENTAL CONDITIONING, NC. as of December 14, 2023 is attached as **Exhibit 1**).

4. On May 14, 2020, Defendant K.C.W. ENVIRONMENTAL CONDITIONING, INC. filed its 2019 Annual Report with the Illinois Secretary of State. The 2019 is the most recent Annual Report available on the Illinois Secretary of State's website and lists Defendant KOHLEY as the President, Secretary and Director of K.C.W. ENVIRONMENTAL CONDITIONING, INC., and identifies 3N776 Fair Oaks Road West Chicago, Illinois 60185 as his address. (A copy of the 2019 Annual Report is attached as **Exhibit 2**).

5. Moreover, on December 14, 2023, the undersigned attorney for the Plaintiffs performed a search for Defendant KOHLEY utilizing the LexisNexis public records database, which also revealed Defendant KOHLEY's current home address to be 3N776 Fair Oaks Road, West Chicago, Illinois 60185(Affidavit of Karsyn M. Kratochvil is attached as **Exhibit 3**).

6. Based on the foregoing, Plaintiffs are confident that Defendant KOHLEY, resides at 3N776 Fair Oaks Road, West Chicago, Illinois 60185(**Exhibit 3**).

7. Plaintiffs' process server attempted to serve Defendant KOHLEY at 3N776 Fair Oaks Road, West Chicago, Illinois 60185 at least ten (10) times, including a five (5) hour surveillance period. (Certificates of Non-Service detailing the service attempts on KOHLEY is attached as **Exhibit 4**).

8. Section 2-203.1 of the Illinois Code of Civil Procedure states that a court may "enter an order directing a comparable method of service" if Plaintiffs submit a motion accompanied

with an affidavit stating "the nature and extent of the investigation made to determine the whereabouts of the defendant and the reasons why service is impractical under items (1) and (2) of subsection (a) of Section 2-203 including a specific statement showing that a diligent inquiry as to the location of the individual defendant was made and reasonable efforts to make service have been unsuccessful." (735 ILCS 5/2-203.1).

9. Plaintiffs have investigated the whereabouts of KOHLEY and have attempted service at least ten (10) times, making service upon KOHLEY impracticable under 735 ILCS 5/2-203(a)(1) and (2). (*See* **Exhibit 3**, **Exhibit 4**).

10. Plaintiffs have therefore satisfied the requirements of 735 ILCS 5/2-203.1 for an order directing a comparable method of service.

11. In *United Gen. Title Ins. Co. v. Tyer*, No. 00-CV-50453, 2001 U.S. Dist. LEXIS 5807 (N.D. Ill. May 4, 2001), the Honorable Judge Mahoney held that the plaintiff properly obtained service of process pursuant to 735 ILCS 5/2-203.1 when plaintiff mailed summons and complaint via certified mail (return receipt requested) to defendant and a summons and complaint were posted on the front door of the defendant's residence. *See also Sauer-Danfoss Inc. v. Hansen*, No. 04-CV-3145, 2004 U.S. Dist. LEXIS 12897 (N.D. Ill. July 8, 2004) (finding that service of process was in a manner consistent with due process when plaintiff mailed a copy of the summons and complaint to the defendant's business, posted a copy of the summons and complaint on the defendant's front door and mailed a copy of the summons and complaint via certified mail (return receipt requested)).

12. Plaintiffs propose effectuating service pursuant to 735 ILCS 5/2-203.1 by (a) mailing copies of the Petition to Revive the Judgment and Proposed Order via U.S. First-Class Mail to Defendant KOHLEY's residential address (3N776 Fair Oaks Road, West Chicago,

Illinois 60185); (b) mailing copies of the Petition to Revive the Judgment and Proposed Order via U.S. Certified Mail (return receipt requested) to Defendant KOHLEY's residential address (3N776 Fair Oaks Road, West Chicago, Illinois 60185); (c) posting copies of the Petition to Revive the Judgment and Proposed Order on the front door of KOHLEY's residence (3N776 Fair Oaks Road, West Chicago, Illinois 60185).

13. A proposed Order Directing Service of Process in a comparable method of service will be submitted via electronic mail to the Court's proposed order inbox.

**WHEREFORE**, Plaintiffs request that this Court enter an Order Directing Service of Process on KOHLEY by completion of the following actions:

A. Mailing copies of the Petition to Revive the Judgment and Proposed Order via U.S. First-Class Mail to Defendant KOHLEY's residential address (3N776 Fair Oaks Road, West Chicago, Illinois 60185);

B. Mailing copies of the Petition to Revive the Judgment and Proposed Order via U.S. Certified Mail, Return Receipt Requested to Defendant KOHLEY's residential address (3N776 Fair Oaks Road, West Chicago, Illinois 60185); and

C. Posting copies of the Petition to Revive the Judgment and Proposed Order on the front door of Defendant KOHLEY's residence (3N776 Fair Oaks Road, West Chicago, Illinois 60185).

Respectfully Submitted,

**PIPE FITTERS' RETIREMENT FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS PENSION FUND,** *et al.*

/s/ Karsyn M. Kratochvil – 6339241

*One of Plaintiffs' Attorneys*
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 788-2917
kratochvil@johnsonkrol.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 12, 2024, true and correct copies of the foregoing **Plaintiffs' Motion for Alternative Service as to Defendant Louis J. Kohley** and a copy of their **Proposed Order** were served upon the Defendants via U.S. First-Class Mail at the address listed below:

K.C.W. Environmental Conditioning, Inc.
Louis Kohley, President
3N776 Fair Oaks Road
West Chicago, Illinois 60185

                                            /s/ Karsyn M. Kratochvil
                                            *One of Plaintiffs' Attorneys*