# EXHIBIT

# 1



# Business Entity Search

Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | K.C.W. ENVIRONMENTAL CONDITIONING, INC. | | |
| **File Number** | 51761537 | **Status** | DISSOLVED on 10-13-2023 |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 05-31-1979 | **State** | ILLINOIS |
| **Duration Date** | PERPETUAL | | |
| **Annual Report Filing Date** | 00-00-0000 | **Annual Report Year** | 2023 |
| **Agent Information** | LOUIS J KOHLEY<br>149 EASY ST<br>CAROL STREAM ,IL 60188 | **Agent Change Date** | 04-18-2022 |

Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Officer | Name and Address |
|---|---|
| President | LOU KOHLEY 3N776 FAIR OAKS RD WEST CHICAGO IL, 60185 |