# EXHIBIT 2

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| | |
|---|---|
| Year | 2019 |
| Corporation File No | 51761537 |

FILED  May 14, 2020

**Jesse White, Secretary of State**

1. **Corporate Name** K.C.W. ENVIRONMENTAL CONDITIONING, INC.
   **Registered Agent** LOUIS J KOHLEY
   **Registered Office** 150 E ST CHARLES RD STE D
   **City, IL, Zip Code, County** CAROL STREAM, IL  60188

2. **Principal address of Corporation** 150 E. SAINT CHARLES RD STE D CAROL STREAM, IL  60188

3a. **State or Country of Incorporation** ILLINOIS    3b. **Date Incorporated/Qualified** 05/31/1979

4. The names and addresses of ALL officers & directors MUST be listed here!

| Officers | |
|---|---|
| Title / Name & Address | PRESIDENT / LOU KOHLEY 3N776 FAIR OAKS RD WEST CHICAGO, IL  60185 |
| Title / Name & Address | SECRETARY / LOU KOHLEY 3N776 FAIR OAKS RD WEST CHICAGO, IL  60185 |
| Title / Name & Address | DIRECTOR / LOU KOHLEY 3N776 FAIR OAKS RD WEST CHICAGO, IL  60185 |

5. If 51% or more of the stock is owned by a minority or female, please check the appropriate box

   ☐ Minority    ☐ Female    ☐ Both

6. Number of shares authorized and issued as of  2-28-2019

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMM | | 20.00000 | 1000 | 300.000 |
| | | | | |

7. The amount of paid-in-capital as of  2-28-2019  is  $ 6000

8. All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.

9. Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

   **By** LOU KOHLEY
   **Authorized Officer**

   May 14, 2020
   **Title & Date**

**Fee Summary**
Franchise Tax: $25.00
Filing Fee: $75.00
Penalty: $2.50
Interest: $6.50

Total Fee: $109.00

This document was electronically generated at www.cyberdriveillinois.com