# EXHIBIT

# 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS PENSION FUND; PIPE FITTERS' WELFARE FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS BENEFIT FUND; PIPE FITTERS' TRAINING FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS EDUCATION FUND; PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN, as successor in interest to the NORTHERN ILLINOIS RETIREMENT FUND;<br><br>Plaintiffs,<br><br>vs.<br><br>K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois Corporation; and LOUIS J. KOHLEY, an Individual,<br><br>Defendants. | CASE NO. 13-CV-00814<br><br>JUDGE: PACOLD |

**AFFIDAVIT OF KARSYN M. KRATOCHVIL**

I, Karsyn M. Kratochvil, hold the title of Associate Attorney at the law firm of Johnson & Krol, LLC, being first duly sworn, on oath depose and state that to the best of my knowledge, the following is an accurate statement as to the investigation made to determine the whereabouts of Defendant and why service is impracticable on Defendant LOUIS J. KOHLEY ("KOHLEY"):

1. On August 26, 2016, this Court entered a Rule 58 Final Judgment Order against Defendants K.C.W. ENVIRONMENTAL CONDITIONING, INC. and KOHLEY, jointly and severally, in the aggregate amount of $27,743.18. (Docket No. 56).

2. 3N776 Fair Oaks Road, West Chicago, Illinois 60185 is the address on file for Defendant when searching on LexisNexis Comprehensive Person Report, as well as the address listed

for Defendant KOHLEY as President and Secretary for Defendant K.C.W. ENVIRONMENTAL CONDITIONING, INC. with the Illinois Secretary of State.

3. Plaintiffs' private process server has attempted to serve Defendant KOHLEY at 3N776 Fair Oaks Road, West Chicago, Illinois 60185 at least ten (10) times, including a five (5) hour surveillance period, but has been unsuccessful.

4. Based on Plaintiffs' numerous attempts to serve Defendant KOHLEY, it appears that he is intentionally avoiding service.

5. Personal service is impractical at this point due to the numerous occasions that the private process server has attempted service and the diligent investigation of the Plaintiffs' attorney to find alternative addresses with no avail.

Further, the affiant saith not.

Subscribed and sworn
Before me this 12th day of
January 2024.

_____
Notary Public

_____
Karsyn M. Kratochvil

MARY KATE HRESIL
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 25, 2024