# EXHIBIT

# 4

# AMENDED CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 13-CV-00814
Court Date: 10/26/2023
Court Time: 2:00 PM

**Pipe Fitters' Retirement Fund, Local 597, et al.**

Plaintiff

vs.

**K.C.W. Environmental Conditioning, Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Louis J. Kohley**, at **3N776 Fair Oaks Road, West Chicago, IL 60185**, with the **Order to Revive Judgment Against Defendants K.C.W. Environmental Conditioning, Inc. and Louis J. Kohley; Petition to Revive The Judgment; Exhibit(s)** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Notes |
|---|---|---|
| 10/01/2023 | 04:44 PM | Single family residence. No vehicles parked in the driveway, no answer at the door. The blinds are closed. There is a pick up truck and an older RV parked in the back. Unable to see the plate number. |
| 10/04/2023 | 08:13 AM | The curtains are open, no lights on inside. No answer at the door, no vehicles parked in the driveway. The pickup is still parked in the back. |
| 10/07/2023 | 08:07 AM | The curtains are open, no lights on inside. No answer at the door, no vehicles parked in the driveway. The pickup is still parked in the back. |
| 10/10/2023 | 06:25 PM | The RV and the pick up are still parked in the back. The curtains are open, no answer at the door. No other vehicles parked in the driveway. |
| 10/15/2023 | 08:14 AM | The curtains are open, no lights on inside. No answer at the door, no vehicles parked in the driveway. The pickup is still parked in the back. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 1/12/2024.

_Nancy A Porter_
Nancy Porter
Registration No: 117-001119

CLIENT: **Johnson & Krol, LLC**
FILE #:

Job #: **560156**

# CERTIFICATE OF NON SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 13-CV-814 |

**Pipe Fitters' Retirement Fund, Local 597, et al.**

Plaintiff

**vs.**

**K.C.W. Environmental Conditioning, Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Louis Kohley**, at **3N776 Fair Oaks Rd, West Chicago, IL 60185**, with the **Order to Revive Judgment Against Defendants K.C.W. Environmental Conditioning, Inc. and Louis J. Kohley; Petition to Revive Judgment** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Description |
|---|---|---|
| 11/01/2023 | 07:00 AM | The pick up and RV are parked in the back. I waited down the street for a 1 1/2 hours. Nobody left or entered the residence. |
| 11/07/2023 | 04:00 PM | The pick up and RV are parked in the back. I waited down the street for a 2 hours. Nobody left or entered the residence. |
| 11/13/2023 | 08:15 AM | The pick up and RV are parked in the back. I waited down the street for a 1 hours. Nobody left or entered the residence. |
| 11/17/2023 | 06:30 PM | The pick up and RV are parked in the back. No lights on inside the residence. No answer at the door. |
| 11/22/2023 | 05:00 PM | The pick up and RV are parked in the back. No lights on inside the residence. No answer at the door. I waited for 30 minutes across the street. Nobody left or entered the residence. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 11/29/2023.

*Nancy A Porter*

Nancy Porter
Registration No: 117-001119

CLIENT: **Johnson & Krol, LLC**
FILE #:

Job #: **548081**