**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS PENSION FUND; PIPE FITTERS' WELFARE FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS BENEFIT FUND; PIPE FITTERS' TRAINING FUND, LOCAL 597, as successor in interest to the NORTHERN ILLINOIS EDUCATION FUND; PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN, as successor in interest to the NORTHERN ILLINOIS RETIREMENT FUND, <br><br>    Plaintiffs, <br><br> v. <br><br>   K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois Corporation; and LOUIS J. KOHLEY, an Individual, <br><br>    Defendants. | Case No. 13-cv-814 <br><br> Judge Martha M. Pacold |

**ORDER TO REVIVE JUDGMENT AGAINST DEFENDANTS
K.C.W. ENVIRONMENTAL CONDITIONING, INC. & LOUIS J. KOHLEY**

This matter having come before the court on plaintiffs' Petition to Revive the Judgment against defendants K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY, the court having been fully advised in the premises,

WHEREAS, on August 26, 2016, this court entered a Rule 58 Final Judgment Order in favor of Plaintiffs/Judgment Creditors and against Defendant/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY in the aggregate amount of $27,743.18;

WHEREAS, as of the time of entry of this Order, Plaintiffs/Judgment Creditors received the aggregate amount of $2,200.00 from Defendants/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY pursuant to an Installment Note in partial satisfaction of the Judgment;

WHEREAS, as of the time of filing this Petition, the principal amount of $25,543.18 remains due and owing to the Plaintiffs/Judgment Creditors on the Judgment against Defendants/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY; and

WHEREAS, as of April 1, 2024, interest totaling $1,147.84 has accrued at the statutory rate of 0.58% against Defendants/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY.

**IT IS HEREBY ORDERED:**

1. The Rule 58 Final Judgment Order dated August 26, 2016 against Defendants/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY is hereby reinstated.

2. Plaintiffs/Judgment Creditors may recover interest accrued at the statutory rate since the date of entry of the Judgment against Defendants/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY.

3. Any and all credits to the Judgment against Defendants/Judgment Debtors K.C.W. ENVIRONMENTAL CONDITIONING, INC. and LOUIS J. KOHLEY shall be reflected by Plaintiffs in supplemental proceedings or execution.

Date: April 10, 2024 /s/ Martha M. Pacold
United States District Judge